pellate Division, Second Department. April 16, 1915.) Action by William Luhman against the New York, Westchester & Boston Railway Company. No opinion. Judgment affirmed, with costs, upon authority of Luhman v. New York, Westchester & Boston Railroad Co., 163 App. Div. 964, 148 N. Y. Supp. 1127.

LUKANIK v. BATOVIC. (No. 7284.) (Supreme Court, Appellate Division. First Department. April 30, 1915.) Appeal from Special Term, New York County. Action by Mike Lukanik against Mike Batovic. From an order granting a motion to open default and to answer, the plaintiff appeals. Order modified, so as to require an undertaking for the payment of any judgment rendered against defendant. Abram S. Jaffer, of New York City, for appellant.

PER CURIAM. The order appealed from is modified, by adding to the conditions to the opening of the default that the defendant file an undertaking within 10 days after the service of the order to be entered hereon for the payment of any judgment that the plaintiff may ultimately recover against him. If such undertaking be not given within the time fixed, the order appealed from will be reversed, with $10 costs and disbursements, and the motion denied, with $10 costs.

LYNCH, Respondent, v. CENTRAL BREWING CO., Appellant. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by William Lynch, an infant, etc., against the Central Brewing Company. W. A. Jones, Jr., of New York City, for appellant. G. F. Hickey, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

McCARTHY, Appellant, v. CITY OF FULTON, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 10, 1915.) Action by Josephine G. McCarthy against the City of Fulton. No opinion. Order affirmed, with costs.

McCHESNEY v. LUCIUS ENGINEERING CO. (Supreme Court, Appellate Division, Fourth Department. March 17, 1915.) Action by John McChesney against the Lucius Engineering Company.

PER CURIAM. Plaintiff's exceptions sustained, and motion for new trial granted, with costs to plaintiff to abide event. Held, that it was a question of fact as to whether the defendant was negligent in furnishing a scaffold which was unsuitable and improper for the work which the plaintiff was required to do.

ROBSON and FOOTE, JJ., dissent.

McINERNEY REALTY CO., Appellant, v. LANGSLOW, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 26, 1915.) Action by the McInerney Realty Company against Harry Richard Langslow. No opinion. Judgment affirmed, with costs.

McKAIGNEY, Respondent, v. TIFFANY, Appellant. (Supreme Court, Appellate Division, Second Department. March 19, 1915.) Action by James McKaigney, an infant, by Marie McKaigney, his guardian ad litem, against Charles M. Tiffany. No opinion. Order of the County Court of Kings County affirmed, with $10 costs and disbursements, upon authority of Watt v. Feltman, 111 App. Div. 314, 97 N. Y. Supp. 737.

McKELVER, Respondent, v. NEW YORK LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 19, 1915.) Action by Stephen McKeever against the New York Life Insurance Company. W. D. Reed, of New York City, for appellant. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

McKENZIE, Appellant, v. WOOD, Respondent. (Supreme Court, Appellate Division, First Department. March 12, 1915.) Action by Peter A. McKenzie against Frederick R. Wood. C. E. Mundy, of New York City, for appellant. C. C. Marsh, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

MacKINSTRY, Respondent, v. NEW YORK CENT. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 5, 1915.) Action by Everett MacKinstry against the New York Central Railroad Company, successor to the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, on the ground that the damages are excessive, unless the plaintiff stipulates to reduce the verdict to $2,500; in case such stipulation is filed, the judgment is so modified, and, as modified, judgment and order affirmed, without costs.

HOWARD, J., votes for affirmance.

McKNIGHT, Appellant, v. McKNIGHT, Respondent. (Supreme Court, Appellate Division, First Department. March 19, 1915.) Action by Chauncey P. McKnight against Louise S. McKnight. R. L. Turk, of New York City, for appellant. P. Rooney, of New York City, for respondent. No opinion. Order modified, by reducing alimony to $7 per week, and, as modified, affirmed, without costs. Order filed. See, also, 151 N. Y. Supp. 1128.

McLAUGHLIN v. NEW YORK RYS. CO. (Supreme Court, Appellate Division, First Department. March 19, 1915.) Action by James J. McLaughlin against the New York Railways Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 151 N. Y. Supp. 1128.

McLEAN, Appellant, v. BRONX PARKWAY COMMISSION, Respondent. (Supreme Court, Appellate Division, First Department. April 1, 1915.) In the matter of Charles F.